1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MIGUEL SANCHEZ-MENDOZA
7

8

9                           UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00027-AWI-BAM-1 |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| MIGUEL SANCHEZ-MENDOZA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable ANTHONY W. ISHII |

Defendant, MIGUEL SANCHEZ-MENDOZA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On April 28, 2014, this Court sentenced Mr. Sanchez-Mendoza to a total term of 97 months imprisonment;

3. As to the drug offense, his total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a reduction from the low-end of the range on the government's motion;

4. The sentencing range applicable to Mr. Sanchez-Mendoza was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Sanchez-Mendoza's total offense level has been reduced from 31 to 26, by operation of Amendment 782 and by proper application of the minor role adjustment under U.S.S.G § 2D1.1(a)(5), and his amended guideline range is 63 to 78 months.  A reduction comparable to the one he received initially yields a term of 57 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Sanchez-Mendoza's total term of imprisonment to 57 months, effective November 1, 2015.

Respectfully submitted,

Dated:  December 4, 2015                        Dated:   December 4, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                             Federal Defender

/s/  *Kathleen A. Servatius*                        /s/ *Hannah R. Labaree*
KATHLEEN A. SERVATIUS                       HANNAH R. LABAREE
Assistant U.S. Attorney                              Assistant Federal Defender

Attorney for Plaintiff                                 Attorney for Defendant
UNITED STATES OF AMERICA                MIGUEL SANCHEZ-MENDOZA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Sanchez-Mendoza is entitled to the benefit Amendment 782, which, in tandem with proper application of the minor role adjustment under U.S.S.G § 2D1.1(a)(5), reduces the total offense level 31 to 26, resulting in an amended guideline range of 63 to 78 months. A reduction comparable to the one he received initially yields an amended term of 57 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2014 is reduced to a term of 57 months. If this sentence is less than the amount of time the defendant has already served as of the date of this order, the sentence is reduced to a time served sentence.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Sanchez-Mendoza shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   December 4, 2015                              _____
                                                       SENIOR DISTRICT JUDGE